

# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )    4:17-cr-208 |
| v. | ) |
| | ) |
| MIA WILLIAMS | ) |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America moves to dismiss the defendant, Mia Williams, from the indictment in the above-referenced case without prejudice. The United States submits the defendant has plead guilty to state charges (CR17-0897-J2) arising from the same facts and circumstances of this case. The Defense joins in this request and consents to dismissal.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES
ATTORNEY

*/s/E. Greg Gilluly, Jr.*
E. Greg Gilluly, Jr., AUSA
TN Bar Number 019397

*/s/ Noah Abrams*
Noah Abrams, SAUSA
GA Bar Number 114354

Leave of court is grated for the filing of the foregoing dismissal, without prejudice, from Indictment 4:17-cr-208.

So ORDERED, this 25th day of June, 2019..

HON. WILLIAM T. MOORE